MATTHEW A. SIROKA (CASB #233050)
LAW OFFICES OF MATTHEW A. SIROKA
600 Townsend Street Suite 329E
San Francisco, California 94103
Telephone: (415) 522-1105
Facsimile: (415) 522-1506

Attorney for Defendant RONALD SHECKLER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-cr-00406 KJN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCING DATE |
| vs. ) | |
| ) | |
| RONALD B. SHECKLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant RONALD SHECKLER pled guilty to a single misdemeanor count of violating Title 18 U.S.C. section 1920 (false statement in connection with workers compensation benefits) on September 20, 2010. Sentencing is currently set for January 12, 2011. The Probation Department needs additional time to conduct adequate pre-sentence investigation and the parties have no objection to continuing the date. Based on the availability of counsel, the parties and Probation have agreed to jointly request sentencing February 16, 2011 at 2:00 p.m.

As such, the parties HEREBY STIPULATE and agree that, the sentencing date in this matter can be continued to February 16, 2011 at 2:00 p.m. IT IS FURTHER STIPULATED that the disclosure and briefing schedule may be modified accordingly.

SO STIPULATED.

DATED: December 8, 2010

/s/ Matthew Stegman           /s/Matthew A. Siroka
Counsel for the Government    Counsel for Defendant Sheckler

1

**ORDER**

By stipulation of the parties, and good cause appearing;

IT IS HEREBY ORDERED that the current sentencing hearing date of January 12, 2011 be VACATED and RESET for February 16, 2011 at 2:00 p.m. before Magistrate Judge Kendall J. Newman.

IT IS FURTHER ORDERED that the parties comply with the following disclosure and briefing schedule:

| | |
|---|---|
| Draft Presentence Report ("PSR") disclosed to counsel | 1/5/2011 |
| Counsels' objections | 1/19/2011 |
| Final PSR to court | 1/26/2011 |
| Motion for corrections/Sentencing Memorandum | 2/2/2011 |
| Reply or Non-Opposition statement | 2/9/2011 |
| Judgment and Sentence | 2/16/2011 |

DATED: December 14, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE