IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                  No. 2:10-cr-00406 KJN

      v.

RONALD B. SHECKLER,

        Defendant.             <u>ORDER</u>

_____/

        Defendant was previously ordered to surrender on April 20, 2011, at 2:00 p.m., for service of his criminal sentence. (<u>See</u> Judgment In a Criminal Case, Dkt. No. 18.) Presently before the court is defendant's Request for Delay of Surrender Date, which requests that defendant's date of surrender be continued until May 20, 2011. (Req. for Delay of Surrender Date, Dkt. No. 20.) The government filed a statement of non-opposition to defendant's request. (Pl.'s Statement of Non-Opp'n, Dkt. No. 22.)

        In light of the representations contained in defendant's request, as well as the government's statement of non-opposition, the undersigned HEREBY ORDERS that:

        1.    Defendant's Request for Delay of Surrender Date (Dkt. No. 20) is granted in part.

        2.    Defendant shall surrender for service of sentence on May 11, 2011, at 2:00

p.m., as further described in the Judgment In A Criminal Case.

        3.     The Clerk of Court is directed to serve this order on the United States Marshal's office, the United States Probation Office for the Eastern District of California, and the United States Bureau of Prisons.

IT IS SO ORDERED.

DATED: April 15, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2